RECEIVED

MAR 1 5 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**DIAMOND SERVICES CORPORATION** * **CIVIL ACTION NO. 10-cv-00177**

**VERSUS** * **JUDGE DOHERTY**

**OCEANOGRAFIA, S.A. DE C.V.** * **MAGISTRATE JUDGE HILL**

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** motions to dismiss filed by Zurich American Insurance Company [Record Doc. 19], Otto Candies, LLC. [Record Doc. 22], and Otto Candies Family Investments, LLC [Record Doc. 23] are **DENIED**.

Lafayette, Louisiana, this 15 day of March, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE